JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL ARROYO, JR.,<br><br>Plaintiff,<br><br>v.<br><br>PCMA PROPERTY INC., a California Corporation; TARGET BROS., INC., a California Corporation; and Does 1-10,<br><br>Defendants. | Case No. CV 19-06180-AB (ASx)<br><br>**ORDER DISMISSING CIVIL ACTION** |

THE COURT having been advised by counsel that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **60 days,** to re-open the action if settlement is not consummated.

1.

This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated: February 18, 2020

_____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE